AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __NEW YORK__

UNITED STATES OF AMERICA,

v.

MIKE MARRERO

**APPEARANCE**

Case Number: 07 M 2192

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Mike Marrero

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/11/2008 | *(signature)* |
| Date | Signature |
| | Mark S. DeMarco / MSD6471 |
| | Print Name / Bar Number |
| | 2027 Williamsbridge Road |
| | Address |
| | Bronx / NY / 10461 |
| | City / State / Zip Code |
| | (718) 239-7070 / (718) 239-2141 |
| | Phone Number / Fax Number |